DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BOONE

No. 225P87.

Case below: 85 N.C. App. 171.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. BROWN

No. 206P87.

Case below: 85 N.C. App. 583.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 7 July 1987.

STATE v. COBB

No. 339P87.

Case below: 85 N.C. App. 720.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1987.

STATE v. DAVIS

No. 318P87.

Case below: 86 N.C. App. 232.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 12 June 1987.

STATE v. EDWARDS AND STATE v. JONES

No. 263P87.

Case below: 85 N.C. App. 145.

Petition by defendant (Edwards) for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.